542

377 A.2d 167

Commonwealth v. Dawson, Appellant.

Submitted March 14, 1977. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Order affirmed.

377 A.2d 168

Commonwealth v. Dellasandro, Appellant.

Submitted June 22, 1976. Gene E. Goldenziel, Assistant Public Defender, for appellant; Anthony J. Popeck, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons stated in· *Commonwealth v. McCusker,* 245 Pa.Superior Ct. 402, 404–410, 369 A.2d 465, 466–469 (1976) (Dissenting Opinion by SPAETH, J.).